# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 5, 2014, the cause upon appeal to revise or reverse your judgment between

The City of San Antonio, (Appellant/Cross-Appellee), Appellant

V.

Kopplow Development, Inc., (Appellee/Cross-Appellant), Appellee

No. 04-09-00403-CV and Tr. Ct. No. 2004-CI-08167

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court awarding Kopplow Development, Inc. remainder damages in the amount of $690,000 is REVERSED, and the case is REMANDED to the trial court for a new trial on the issue of remainder damages related to the inverse condemnation claim. Costs of the appeal are taxed against appellant/cross-appellee the City of San Antonio.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 23, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-09-00403-CV

**The City of San Antonio, (Appellant/Cross-Appellee)**

**v.**

**Kopplow Development, Inc., (Appellee/Cross-Appellant)**

(NO. 2004-CI-08167 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $25.00 | E-PAID | PAUL BARKHURST |
| MOTION FEE | $10.00 | E-PAID | JOE HINOJOSA |
| MOTION FEE | $10.00 | E-PAID | DAN FOSTER |
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| COPIES | $25.00 | PAID | DAN POZZA |
| MOTION FEE | $15.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| MOTION FEE | $10.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| OTHER FEES | $25.00 | PAID | DAN POZZA |
| OTHER FEES | $25.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| MOTION FEE | $10.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| MOTION FEE | $10.00 | PAID | DAN POZZA |
| MOTION FEE | $10.00 | PAID | DAN POZZA |
| MOTION FEE | $10.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| MOTION FEE | $10.00 | PAID | DAN POZZA |
| MOTION FEE | $10.00 | PAID | WOMACK MCCLISH WALL FOSTER BROOKS |
| MOTION FEE | $10.00 | PAID | DAN POZZA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | WOMACK MCCLISH WALL & FOSTER |
| INDIGENT | $25.00 | PAID | WOMACK MCCLISH WALL & FOSTER |
| FILING | $100.00 | PAID | WOMACK MCCLISH WALL & FOSTER |
| FILING | $175.00 | EXEMPT | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 23, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853